UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 93CR0125-IEG |
| Plaintiff, | ) ) | ORDER OF DISMISSAL OF INDICTMENT AND TO RECALL ARREST WARRANT AS TO GERARDO VEGA-CORRAL |
| v. | ) ) | |
| GERARDO VEGA-CORRAL (3), | ) ) | |
| Defendant. | ) ) | |

Upon application of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant GERARDO VEGA-CORRAL, be dismissed and the arrest warrant recalled.

**DATED: March 16, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**